**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN MANUEL MARTINEZ,
ADC #150802                                                                                           PLAINTIFF

v.                                         4:11-cv-00499-BRW-JTK

DR. STEWART, et al.                                                                             DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 27) is GRANTED and Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 25th day of June 2012.


           /s/Billy Roy Wilson
     UNITED STATES DISTRICT JUDGE