# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN MANUEL MARTINEZ,
ADC #150802                                                                                                   PLAINTIFF

v.                                          4:11-cv-00499-BRW-JTK

DR. STEWART, et al.                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 25th day of June, 2012.


                                                                /s/Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE